UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
DAVID RIVERA                                    CASE NO.: 11-18019- KSJ
and
SUZANNE RIVERA                                  Chapter 13

      Debtor(s).
_____/

**Second Amended Chapter 13 Plan**

      COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| **1- 60 (December 28, 2011 – August 1, 2015)** | **$440.00 (1)** |
| | **$787.00 (2-4)** |
| | **$ 358.00 (5)** |
| | **$ 1816.44 (6-60)** |

The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**ADMINISTRATIVE EXPENSES:**
**Trustee's Fee: 10.00%**

| Attorney's Fee: | Amount | Payment Amount | Payment #'s |
|---|---|---|---|
| | **$3,746.00** | **$396.00** | **(1)** |
| | | **$708.00** | **(2-4)** |
| | | **$322.00** | **(5-6)** |
| | | **$298.00** | **(7-8)** |

**PRIORITY CLAIMS:**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| IRS | $2,095.37 | $156.00 | (6-7) |
|---|---|---|---|
| | | $218.00 | (8) |
| | | $478.00 | (9-11) |
| | | $ 43.83 | (12) |

**SECURED CLAIMS:**

| Name of Creditor | Claim Amount | Payment Amount |
|---|---|---|
| Freedom Road Financial | $12,201.00 | $300.00 |
| Astoria Fed | $95,687.00 | $856.79 |

**VALUATION OF SECURITY/LIENS TO BE AVOIDED:**
**(Motion to value to be filed)**

| Name of Creditor | Claim AMT | Value of Claim | Description of Property |
|---|---|---|---|
| Citimortgage | 0.00 | 0.00 | 704 Lancewood Dr. Winter Springs, FL 32708 |

**PAYMENTS MADE DIRECTLY TO CREDITOR**

| Creditor | Amount of Claim | Monthly Payment |
|---|---|---|
| Fairwinds Credit Union | $6,000.00 | $166.00 |

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage**: 22 %**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan.

/s/ David Rivera_____    Date: May 31, 2012
David Rivera

/s/ Suzanne Rivera_____    Date: May 31, 2012
Suzanne Rivera

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 7th day of June, 2012.

/s/ Monica Reyes, Esquire
RKE LAW GROUP
P.O. Box 12385
Miami, FL 33101
Phone: (954) 526-0361
Fax: (954) 279-2590
Mreyes@rkelawgroup.com
Florida Bar No. 053119