## UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
DAVID RIVERA                                                    Case No. 6:11-BK-18019-CCJ

SUZANNE RIVERA                                              Chapter 13

_____
Debtors

### ORDER REINSTATING CHAPTER 13 CASE

This matter came to be heard on December 9th, 2014 on the debtor's motion to reinstate case (DE 50). The court, if applicable, has entered an order reopening the case and the debtor has paid all required reopening fees. Based on the record, it is

**ORDERED** as follows:

1) The motion is granted and this case is **REINSTATED**. Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from that date until the entry of this order.

2) The Trustee's Final Report, if any filed, is deemed withdrawn and the Order Discharging Trustee, if entered, is deemed vacated.

DONE and ORDERED in Orlando, Florida, this 23rd day of December, 2014

_Cynthia C. Jackson_
Cynthia C. Jackson
United States Bankruptcy Judge

Attorney Monica Reyes is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.